Decided September 10, 2008

STATE OF CONNECTICUT *v.* BRANDON GARCIA

*Mary Anne Royle,* special public defender, in support of the petition.

*Rita M. Shair,* senior assistant state's attorney, in opposition.

Decided September 10, 2008

RONNIE HOLLEY *v.* COMMISSIONER OF CORRECTION

The petitioner Ronnie Holley's petition for certification for appeal from the Appellate Court, 108 Conn. App. 768 (AC 28522), is denied.

*Gennaro Bizzarro,* special public defender, in support of the petition.

*Timothy F. Costello,* deputy assistant state's attorney, in opposition.

Decided September 10, 2008

STATE OF CONNECTICUT *v.* LOUISE CALLAHAN

The defendant's petition for certification for appeal from the Appellate Court, 108 Conn. App. 605 (AC 28609), is denied.